# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN WEISS, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:23-cv-00990-RGA |
| ) | |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| IMMUNOME, INC., MICHAEL RAPP, ) | |
| RICHARD BARON, JOHN LAMATTINA, ) | |
| MICHAEL LEFENFELD, PURNANAND D. ) | |
| SARMA, FRANKLYN G. PRENDERGAST, ) | |
| and PHILIP WAGENHEIM, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated:  October 5, 2023                         **LONG LAW, LLC**

By:   */s/ Brian D. Long*
   Brian D. Long (#4347)
   3828 Kennett Pike, Suite 208
   Wilmington, DE 19807
   Telephone: (302) 729-9100
   Email: BDLong@longlawde.com

   *Attorneys for Plaintiff*